FILED

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0647

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0647

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DERRELL RUSSELL DOWD,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 28, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2022